Case 7:23-cv-11176-KMK   Document 31   Filed 08/09/24   Page 1 of 1



**New Jersey**
430 Mountain Avenue
Suite 303
Murray Hill, NJ 07974

(908) 516-1050 Tel
(908) 516-1051 Fax

fisherphillips.com

**Writer's Direct Dial:**
908 516 1062

**Writer's E-mail:**
kcaminiti@fisherphillips.com

August 9, 2024

*VIA ECF*

Jordan El-Hag, Esq.
El-Hag & Associates, P.C.
777 Westchester Ave., Suite 101
White Plains, NY 10604

    Re:    *Karen Russell, Plaintiff, vs. BASF Corp., Defendant*
            No. 7:23-cv-11176-KMK
            <u>Pre-Motion Letter</u>

Dear Mr. El-Hag:

    As you know, this firm represents BASF Corporation ("BASF") in the above-referenced matter. We are in receipt of the letter dated August 5, 2024, submitted by Defendant Sun Chemical Corporation ("Sun Chemical"). BASF again requests that Plaintiff voluntarily dismiss the First Amended Complaint to avoid unnecessary motion practice. Further, should you decline to do so, we likewise request that the Court stay the above-referenced matter pending disposition on the ongoing appellate proceedings in the matter *Grant v. Global Aircraft Dispatch*, 223, A.D.3$^d$ 712, 204 (NYS 3rd 117 NYS 2nd Dept. 2024) as has been ordered and remains in effect in other matters pending in this District Court as explained Sun Chemical's correspondence.

    Absent dismissal of BASF or the issuance of a stay during the pendency of appellate proceedings in *Grant*, BASF will move to dismiss the Amended Complaint with prejudice.

    Thank you for your attention and anticipated cooperation.

The case will be stayed pending the
resolution of the Grant case.

                                    Respectfully submitted,
                                    /s/ *Kathleen M. Caminiti*

So Ordered.

8/9/24

                                    Kathleen McLeod Caminiti
                                    For FISHER & PHILLIPS LLP

cc:    Honorable Kenneth M. Karas, U.S.D.J. (via ECF)

**Fisher & Phillips LLP**

Atlanta · Baltimore · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando
Philadelphia · Phoenix · Pittsburgh · Portland · Sacramento · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills

FP 51827754.1