UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN RUSSELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BASF CORPORATION, BASF COLORS & EFFECTS USA, LLC, SUN CHEMICAL CORP.,<br><br>Defendants. | Civil Action No. 7:23-cv-11176 (KMK)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the undersigned, that all claims pending in the above-entitled action are hereby dismissed in their entirety, with prejudice and with each party bearing their own attorneys' fees and costs.

_Jordan El-Hag_
Jordan El-Hag, Esq.
El-Hag & Associates, PC
777 Westchester Ave., Suite 101
White Plains, NY 10604
(914) 218-6190
Jordan@elhaglaw.com
Attorneys for Plaintiff

Dated: November 25, 2025

_Lance N. Olitt_
Lance N. Olitt, Esq.
Kluger Healey, LLC
521 Newman Springs Road, Suite 23
Lincroft, NJ 07738
(732) 852-7500
lolitt@klugerhealey.com
Attorneys for Defendants
BASF Colors & Effects USA, LLC and
Sun Chemical Corp.

Dated: November 20, 2025

*[signature: Kath M. Caminiti]*

Kathleen M. Caminiti, Esq.
Fisher & Phillips LLP
400 Connell Drive, Suite 4000
Berkeley Heights, NJ 07922
(908) 516-1062
kcaminiti@fisherphillips.com
Attorneys for Defendant
BASF Corporation

**So Ordered:**

*[signature]*

HON. KENNETH M. KARAS, U.S.D.J.
12/4/25
Dated: ~~November~~ , ~~2025~~